UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FRANK T., | Case No. 24-cv-2882 (LMP/DLM) |
| Plaintiff, | |
| v. | **ORDER GRANTING ATTORNEY'S FEES** |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

---

On March 18, 2025, the Court entered an order remanding this case to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 23. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), Plaintiff Frank T. as the prevailing party now seeks an award of attorney's fees in the amount of $9,500 payable directly to his counsel of record. ECF No. 26. The amount Frank T. requests is less than the amount of attorney's fees he incurred during these proceedings, which Frank T. represents is "a compromise and agreement" between the parties. ECF No. 28 ¶ 15.

Defendant Acting Commissioner of Social Security does not dispute that the amount requested by Frank T. is a result of compromise between the parties and does not oppose Frank T.'s motion, noting only that the award may be subject to offset to satisfy any pre-existing debt Frank T. may owe to the United States. ECF No. 31.

Based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.        Plaintiff Frank T.'s Motion for Attorney's Fees (ECF No. 26) is **GRANTED**;

2.        Plaintiff Frank T. is awarded $9,500.00 in attorney's fees, to be paid directly to his counsel of record[1] and subject to any administrative offset to satisfy any pre-existing debt he may owe to the United States.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 17, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

---

[1] Plaintiff's counsel of record is Bryan Konoski of Konoski & Partners, P.C. located at 180 Tices Lane, Suite 204 (Building A); East Brunswick, NJ 08816.